**FILED**
November 7, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAVID SCHELL, )<br>)<br>Defendant. ) | Case No. 2:14-mj-00263-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, DAVID SCHELL, Case No. 2:14-mj-00263-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

   _X_   Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  11/7/2014  at  2:50 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge