ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00325 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| DAVID SCHELL and | ) | |
| TERI SCHELL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Josh F. Sigal, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 13, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to March 24, 2015 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

    The reason for this request is to allow time for the defense to complete review of discovery and other defense preparation.  The Court is advised that Mr. Sigal concurs with this request and that he and Mr. Duree have authorized Ms. Radekin to sign this stipulation on their behalf.

Stipulation and Order - 1

1  The parties further agree and stipulate that the time period from the
2  filing of this stipulation until March 24, 2015 should be excluded in
3  computing time for commencement of trial under the Speedy Trial Act, based
4  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
5  Code T4, to allow reasonable time necessary for effective defense
6  preparation.  It is further agreed and stipulated that the ends of justice
7  served in granting the request outweigh the best interests of the public and
8  the defendant in a speedy trial.
9       Accordingly, the parties respectfully request the Court adopt this
10 proposed stipulation.
11 IT IS SO STIPULATED
12 Dated: January 7, 2015                    BENJAMIN WAGNER
                                             United States Attorney
13
                                      By:    /s/ Josh F. Sigal
14                                           JOSH F. SIGAL
                                             Assistant United States Attorney
15
16 Dated: January 7, 2015                    /s/ John R. Duree, Jr.
                                             JOHN R. DUREE, JR.
17                                           Attorney for Defendant
                                             DAVID SCHELL
18
19 Dated: January 7, 2015                    /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
20                                           Attorney for Defendant
                                             TERI SCHELL
21
22
                                   ORDER
23
24      For the reasons set forth in the accompanying stipulation and
25 declaration of counsel, the status conference date of January 13, 2015 at
26 9:30 a.m. is VACATED and the above-captioned matter is set for status
27 conference on March 24, 2015 at 9:30 a.m.  The Court finds excludable time in
28 this matter through March 24, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and

Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 1/7/2015                    /s/ John A. Mendez_____
                                   HON. JOHN A. MENDEZ
                                   United States District Court Judge