1 | ERIN J. RADEKIN
Attorney at Law - SBN 214964
2 | 428 J Street, Suite 350
Sacramento, California 95814
3 | Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4 |
Attorney for Defendant
5 | TERI SCHELL

6 |

7 |                    IN THE UNITED STATES DISTRICT COURT

8 |                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,          )     2:14-CR-00325 JAM
                                      )
11 |                     Plaintiff,   )
                                      )
12 | v.                               )     STIPULATION AND ORDER
                                      )     TO CONTINUE STATUS CONFERENCE
13 |                                  )
     TERI SCHELL,                     )
14 |                                  )
                      Defendant.      )
15 | _____ )

16 |

17 |                               **STIPULATION**

18 |        Plaintiff, United States of America, by and through its counsel,

19 | Assistant United States Attorney Josh F. Sigal, defendant, David Schell, by

20 | and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by

21 | and through her counsel, Erin J. Radekin, agree and stipulate to vacate the

22 | date set for status conference, March 24, 2015 at 9:30 a.m., in the above-

23 | captioned matter, and to continue the status conference to May 5, 2015 at

24 | 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

25 |        The reason for this request is to allow time additional time for

26 | investigation, other defense preparation and plea negotiations.  The Court is

27 | advised that Mr. Sigal concurs with this request and that he and Mr. Duree

28 | have authorized Ms. Radekin to sign this stipulation on their behalf.

                              Stipulation and Order - 1

1    The parties further agree and stipulate that the time period from the

2   filing of this stipulation until May 5, 2015 should be excluded in computing

3   time for commencement of trial under the Speedy Trial Act, based upon the

4   interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4,

5   to allow reasonable time necessary for effective defense preparation.  It is

6   further agreed and stipulated that the ends of justice served in granting the

7   request outweigh the best interests of the public and the defendant in a

8   speedy trial.

9    Accordingly, the parties respectfully request the Court adopt this

10  proposed stipulation.

11  IT IS SO STIPULATED

12  Dated: March 18, 2015                    BENJAMIN WAGNER
                                             United States Attorney
13
                                    By:    /s/ Josh F. Sigal
14                                         JOSH F. SIGAL
                                           Assistant United States Attorney
15

16  Dated: March 18, 2015                     /s/ John R. Duree, Jr.
                                             JOHN R. DUREE, JR.
17                                           Attorney for Defendant
                                             DAVID SCHELL
18

19  Dated: March 18, 2015                      /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
20                                           Attorney for Defendant
                                             TERI SCHELL
21

22
                                    ORDER
23
         For the reasons set forth in the accompanying stipulation and
24
    declaration of counsel, the status conference date of March 24, 2015 at 9:30
25
    a.m. is VACATED and the above-captioned matter is set for status conference
26
    on May 5, 2015 at 9:15 a.m.  The Court finds excludable time in this matter
27
    through May 5, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to
28

                          Stipulation and Order - 2

1  allow reasonable time necessary for effective defense preparation.  For the

2  reasons stipulated by the parties, the Court finds that the interest of

3  justice served by granting the request outweigh the best interests of the

4  public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A),

5  (h)(7)(B)(iv).

6  IT IS SO ORDERED.

7  Dated: 3/18/2015                    /s/ John A. Mendez_____
                                       HON. JOHN A. MENDEZ
8                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28