1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:14-CR-0325 JAM

12                    Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                        FINDINGS AND ORDER

14  DAVID SCHELL and                   DATE: May 5, 2015
    TERI SCHELL                        TIME: 9:15 a.m.
15                                      COURT: Hon. John A. Mendez
                      Defendants.
16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendants, by and

19  through defendants' counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on May 5, 2015.

21        2.      By this stipulation, the parties now move to continue the status conference until June 30,

22  2015 at 9:15 a.m., and to exclude time between May 5, 2015, and June 30, 2015 at 9:15 a.m., under

23  Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25        a)      The government has represented that the discovery associated with this case

26  includes approximately 417 pages of documents, including investigative reports. All of this

27  discovery has been either produced directly to counsel and/or made available for inspection and

28  copying.

STIPULATION REGARDING EXCLUDABLE TIME                1
PERIODS UNDER SPEEDY TRIAL ACT

1    b)    Counsel for defendants desire additional time to consult with their clients, conduct

2  investigation and research, review discovery, and to discuss potential resolutions with their

3  clients.

4    c)    Counsel for defendants believe that failure to grant the above-requested

5  continuance would deny them the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.

7    d)    The government does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendants in a trial within the

10  original date prescribed by the Speedy Trial Act.

11    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of May 5, 2015 to June 30, 2015 at

13  9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

14  Code T4] because it results from a continuance granted by the Court at defendant's request on

15  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

16  best interest of the public and the defendant in a speedy trial.

17    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

18  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19  must commence.

20    IT IS SO STIPULATED.

21

22  Dated:  May 1, 2015                                          BENJAMIN B. WAGNER
                                                                        United States Attorney

23

24                                                                      /s/ *JOSH F. SIGAL*
                                                                        JOSH F. SIGAL
25                                                                      Special Assistant U.S. Attorney

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                2
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  May 1, 2015

/s/ *JOSH F. SIGAL* for
JOHN DUREE
Counsel for Defendant
DAVID SCHELL

Dated:  May 1 , 2015

*/s/ JOSH F. SIGAL* for
ERIN RADEKIN
Counsel for Defendant
TERI SCHELL

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of May, 2015.


/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3