ERIN J. RADEKIN
Attorney at Law – SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00325 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| TERI SCHELL, et al | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Josh F. Sigal, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, July 28, 2015 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to October 6, 2015 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is to allow additional time for the defense to complete investigation and other defense preparation; and for the parties to engage in plea negotiations. Further, both Mr. Duree and Mr. Sigal are in trial in other matters for much of July and August, 2015. The Court is

1   advised that Mr. Sigal concurs with this request and that he and Mr. Duree

2   have authorized Ms. Radekin to sign this stipulation on their behalf.

3       The parties further agree and stipulate that the time period from the

4   filing of this stipulation until October 6, 2015 should be excluded in

5   computing time for commencement of trial under the Speedy Trial Act, based

6   upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

7   Code T4, to allow reasonable time necessary for effective defense

8   preparation.  It is further agreed and stipulated that the ends of justice

9   served in granting the request outweigh the best interests of the public and

10  the defendant in a speedy trial.

11      Accordingly, the parties respectfully request the Court adopt this

12  proposed stipulation.

13  IT IS SO STIPULATED

14  Dated: July 23, 2015                    BENJAMIN WAGNER
                                            United States Attorney
15
                                    By:     /s/ Josh F. Sigal
16                                          JOSH F. SIGAL
                                            Assistant United States Attorney
17

18  Dated: July 23, 2015                    /s/ John R. Duree, Jr.
                                            JOHN R. DUREE, JR.
19                                          Attorney for Defendant
                                            DAVID SCHELL
20

21  Dated: July 23, 2015                    /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
22                                          Attorney for Defendant
                                            TERI SCHELL
23

24
                                    ORDER
25
        For the reasons set forth in the accompanying stipulation and
26
    declaration of counsel, the status conference date of July 28, 2015 at 9:15
27
    a.m. is VACATED and the above-captioned matter is set for status conference
28

1   on October 6, 2015 at 9:15 a.m.  The Court finds excludable time in this

2   matter through October 6, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

3   Code T4, to allow reasonable time necessary for effective defense

4   preparation.  For the reasons stipulated by the parties, the Court finds that

5   the interest of justice served by granting the request outweigh the best

6   interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

7   3161(h)(7)(A), (h)(7)(B)(iv).

8   IT IS SO ORDERED.

9   Dated: 7/23/2015                 /s/ John A. Mendez_____
                                     HON. JOHN A. MENDEZ
10                                   United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28