ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00325 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| TERI SCHELL, ET AL. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

  Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Josh F. Sigal, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 6, 2015 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to December 8, 2015 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

  The reason for this request is to allow additional time for the defense to complete investigation and other defense preparation; and for the parties to engage in plea negotiations.  The Court is advised that Mr. Sigal concurs

with this request and that he and Mr. Duree have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 8, 2015 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 2, 2015                    BENJAMIN WAGNER
                                          United States Attorney

                                    By:   /s/ Josh F. Sigal
                                          JOSH F. SIGAL
                                          Assistant United States Attorney

Dated: October 2, 2015                    /s/ John R. Duree, Jr.
                                          JOHN R. DUREE, JR.
                                          Attorney for Defendant
                                          DAVID SCHELL

Dated: October 2, 2015                    /s/ Erin J. Radekin
                                          ERIN J. RADEKIN
                                          Attorney for Defendant
                                          TERI SCHELL

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of October 6, 2015 at 9:15 a.m. is VACATED and the above-captioned matter is set for status conference

on December 8, 2015 at 9:15 a.m.  The Court finds excludable time in this matter through December 8, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 2, 2015            /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Judge