1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8                        IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-0325 JAM

12                    Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                            FINDINGS AND ORDER

14 DAVID SCHELL and                       DATE: December 8, 2015
   TERI SCHELL                            TIME: 9:15 a.m.
15                                        COURT: Hon. John A. Mendez
                     Defendants.
16

17                                    **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendants, by and

19 through defendants' counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on December 8, 2015.

21       2.      By this stipulation, the parties now move to continue the status conference until February

22 9, 2016 at 9:15 a.m., and to exclude time between December 8, 2015, and February 9, 2016 at 9:15 a.m.,

23 under Local Code T4.

24       3.      The parties agree and stipulate, and request that the Court find the following:

25       a)      The government has represented that the discovery associated with this case

26 includes approximately 417 pages of documents, including investigative reports. All of this

27 discovery has been either produced directly to counsel and/or made available for inspection and

28 copying.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

1    b)    Counsel for defendants desire additional time to consult with their clients, conduct

2  investigation and research, review discovery, and to discuss potential resolutions with their

3  clients.  Counsel for both parties anticipate at least one more face-to-face meeting between the

4  government and either one or both of the defendants.

5    c)    Counsel for defendants believe that failure to grant the above-requested

6  continuance would deny them the reasonable time necessary for effective preparation, taking into

7  account the exercise of due diligence.

8    d)    The government does not object to the continuance.

9    e)    Based on the above-stated findings, the ends of justice served by continuing the

10  case as requested outweigh the interest of the public and the defendants in a trial within the

11  original date prescribed by the Speedy Trial Act.

12    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13  et seq., within which trial must commence, the time period of December 8, 2015 to February 9,

14  2016 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

15  [Local Code T4] because it results from a continuance granted by the Court at defendant's

16  request on the basis of the Court's finding that the ends of justice served by taking such action

17  outweigh the best interest of the public and the defendant in a speedy trial.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    ///

2         4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

3    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4    must commence.

5         IT IS SO STIPULATED.

6

7    Dated:  December 2, 2015                    BENJAMIN B. WAGNER
                                                 United States Attorney

8

9                                               /s/ *JOSH F. SIGAL*
                                                JOSH F. SIGAL
10                                              Special Assistant U.S. Attorney

11

12   Dated:  December 2, 2015                   /s/ *JOSH F. SIGAL* for
                                                JOHN DUREE
13                                              Counsel for Defendant
                                                DAVID SCHELL
14

15

16   Dated:  December 2, 2015                   */s/ JOSH F. SIGAL* for_____
                                                ERIN RADEKIN
17                                              Counsel for Defendant
                                                TERI SCHELL
18

19

20

21

22                              **FINDINGS AND ORDER**

23        IT IS SO FOUND AND ORDERED this 2nd day of December, 2015.

24

25                                              /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
26                                              UNITED STATES DISTRICT COURT JUDGE

27

28

                                                        3
     STIPULATION REGARDING EXCLUDABLE TIME
     PERIODS UNDER SPEEDY TRIAL ACT