**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID SCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00325 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE WAIVER |
| v. | ) | OF DEFENDANT'S PRESENCE |
| | ) | |
| DAVID SCHELL, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER

On January 28, 2016, defendant, DAVID SCHELL, filed Waiver of Defendant's Presence.  CR 34.  Good cause appearing, such waiver is hereby approved.

IT IS SO ORDERED,

DATED: January 29, 2016          /s/ JOHN A. MENDEZ
                                 HON. JOHN A. MENDEZ
                                 United States District Judge