ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-00325 JAM |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| TERI SCHELL, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Josh F. Sigal, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, June 21, 2016 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to July 19, 2016 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is to allow additional time for the defense and the government to discuss the findings of the defense expert and complete plea negotiations. The expert's report is complete and has been provided to the government, and the parties have begun discussion of the findings of the

Stipulation and Order - 1

expert and how they impact the guideline calculation; however, because Mr. Sigal is in trial, the parties have been unable to complete such discussions and plea negotiations. The Court is advised that Mr. Sigal concurs with this request and that he and Mr. Duree have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 19, 2016 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: June 17, 2016         BENJAMIN WAGNER
                             United States Attorney

                      By:    /s/ Josh F. Sigal
                             JOSH F. SIGAL
                             Assistant United States Attorney

Dated: June 17, 2016         /s/ John R. Duree, Jr.
                             JOHN R. DUREE, JR.
                             Attorney for Defendant
                             DAVID SCHELL

Dated: June 17, 2016         /s/ Erin J. Radekin
                             ERIN J. RADEKIN
                             Attorney for Defendant
                             TERI SCHELL

/ /

Stipulation and Order - 2

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of June 17, 2016 at 9:15 a.m. is VACATED and the above-captioned matter is set for status conference on July 19, 2016 at 9:15 a.m.  The Court finds excludable time in this matter through July 19, 2016 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 6-17 2016

HON. JOHN A. MENDEZ
United States District Judge