1   PHILLIP A. TALBERT
    United States Attorney
2   GREGORY T. BRODERICK
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Tel:  (916) 554-2780

5   Attorneys for the United States

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,              Case No.  2:14-CR-00325-JAM

10                  Plaintiff,             **STIPULATION and ORDER
                                           CONTINUING DATES REGARDING
11          v.                             DEFENDANT'S MOTION TO ENJOIN
                                           PROSECUTION**
12   DAVID SCHELL AND TERRY SCHELL,

13                  Defendants.

14

15          TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

16   STIPULATION

17          The United States, by and through its counsel, Assistant United States Attorney Gregory

18   T. Broderick, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and

19   defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to

20   continue the dates related to Plaintiff Terry Schell's motion to enjoin prosecution.  At the

21   December 6, 2016 status conference, this Court set a briefing schedule requiring defense Motions

22   to be filed by 1/19/2017, responses due by 1/31/2017, replies due by 2/10/2017, and a hearing

23   date set for February 21, 2017.  (*See* Dkt. No. 50).  Lead counsel for the United States, Josh Sigal,

24   has since departed this office and undersigned counsel has taken over the file.  Prior to appearing

25   in this action (Dkt. No. 51), undersigned counsel for the United States had no familiarity with, or

26   knowledge of, this action.

27          To provide the United States with sufficient time to familiarize himself with the discovery

28   and respond to the motion, the parties agree and stipulate to continue the dates by approximately

1

1 two weeks.  Responses to the motion would be due on or before February 13, 2017, any replies

2 due by February 21, 2017, and the hearing continued to February 28, 2017.

3      The parties agree that time should continue to be excluded under Local Code E (pursuant

4 to 18 U.S.C. § 3161(h)(1)(D)) through the conclusion of the hearing on, or other prompt

5 disposition of, this motion.  In addition, the parties agree that time is excludable under Local

6 Code T4 (pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)) to permit the United States time for

7 effective preparation.  New counsel was recently assigned to this matter when prior counsel left

8 the office, and the extension is required to permit time for his effective preparation and to permit

9 time for the Court to consider and rule on his pretrial motions.  Failure to permit the new attorney

10 for the United States the additional time would deny counsel for the defendant United States the

11 reasonable time necessary for effective preparation, taking into account the exercise of due

12 diligence.  Thus, the ends of justice served by taking such action outweigh the best interest of the

13 public and the defendant in a speedy trial.

14      The parties thus agree and stipulate, and request that the Court find the following:

15      a.    Prior counsel for the United States has recently left the United States

16 Attorney's Office, and new counsel has recently appeared for the United States;

17      b.    Prior to his appearance, undersigned counsel had no familiarity with, or

18 knowledge of, this action;

19      c.    On January 19, 2017, defendant Terri Schell filed certain pretrial motions

20 for the Court's determination.

21      d.    The parties have agreed and stipulated to the following briefing schedule

22 concerning the motions filed by defendant Terri Schell on January 19, 2017:

23     i.    The United States' opposition shall be filed no later than February 13, 2017;

24     ii.    Defendants shall file any reply no later than February 21, 2017;

25      e.  The Court will hear argument on the motions, if necessary, on February 28, 2017.

26      f.  The Court requires adequate time to consider and rule upon the pretrial motions

27 filed by defendant Terri Schell;

28      g.  Based on the above-stated findings, the ends of justice served by continuing the

2

1    case as requested outweigh the interest of the public and the defendant in a trial within the

2    original date prescribed by the Speedy Trial Act.

3            h.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

4    et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the

5    conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18

6    U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) because it results from a continuance granted

7    by the Court at United States' request on the basis of the Court's finding that the ends of justice

8    served by taking such action outweigh the best interest of the public and the defendant in a

9    speedy trial.

10           2.      Nothing in this stipulation and order shall preclude a finding that other provisions

11   of the Speedy Trial Act dictate that additional time periods are excludable from the period within

12   which a trial must commence.

13           3.      Nothing in this stipulation and order shall preclude either party from seeking

14   leave of the Court to amend or modify the briefing schedule set forth herein.

15   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

16   IT IS SO STIPULATED.

17   RESPECTFULLY SUBMITTED,

18   Dated:  November 15, 2016                          PHILLIP A. TALBERT
                                                        United States Attorney
19
                                                By:     _/s/  Gregory T. Broderick_
20                                                      GREGORY T. BRODERICK
                                                        Assistant U.S. Attorney
21

22
                                                By:   _/s/  Erin J. Radekin (authorized 01/26/2017)_
23                                                      ERIN J. RADEKIN
                                                        Attorney for Defendant Terri Schell
24

25                                              By:   _/s/  John R. Duree (authorized 01/26/2017)_
                                                        JOHN R. DUREE, JR.
26                                                      Attorney for Defendant David Schell

27

28

                                                3

1

## **ORDER**

2      The parties' stipulation is approved and **SO ORDERED**.  Concerning the pretrial

3   motions filed by defendant Terri Schell on January 19, 2017, the United States shall file any

4   opposition no later than February 13, 2017; and defendants shall file any reply no later than

5   February 21, 2017.  The Court will hear argument on the motions, if necessary, on February 28,

6   2017.

7      Further, for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

8   seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the

9   conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18

10  U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) for that same period because it results from a

11  continuance granted by the Court at United States' request on the basis that the Court finds that

12  the ends of justice served by taking such action outweigh the best interest of the public and the

13  defendant in a speedy trial, and the Court adopts the findings of fact as requested, and as set forth

14  in, the stipulation.

15  Dated:  January 27, 2017                    /s/ JOHN A. MENDEZ

16                                     _____
                                       HON. JOHN A. MENDEZ.
17                                     United States District Judge

18

19

20

21

22

23

24

25

26

27

28