PHILLIP A. TALBERT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2780

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHELL AND TERRY SCHELL,<br><br>Defendants. | Case No. 2:14-CR-00325-JAM<br><br>**STIPULATION and ORDER CONTINUING DATES REGARDING DEFENDANT'S MOTION TO ENJOIN PROSECUTION** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

STIPULATION

The United States, by and through its counsel, Assistant United States Attorney Gregory T. Broderick, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to continue the dates related to Plaintiff Terry Schell's motion to enjoin prosecution. At the December 6, 2016 status conference, this Court set a briefing schedule requiring defense Motions to be filed by 1/19/2017, responses due by 1/31/2017, replies due by 2/10/2017, and a hearing date set for February 21, 2017. (*See* Dkt. No. 50). Lead counsel for the United States, Josh Sigal, has departed this office and undersigned counsel took over the file. Prior to appearing in this action (Dkt. No. 51), undersigned counsel for the United States had no familiarity with, or knowledge of, this action. The Court previously granted continued the above dates by approximately 30 days, such that the United States' opposition is presently due March 2, 2017, any reply by March 14, 2017, and any

argument to March 21, 2017.  *See* Dkt. No. 57.

In view of the complexity and novelty of the legal issues, the volume of discovery, the multiple defendants, and to permit each side time for effective preparation, the parties hereby stipulate, and propose, that the Court further continue the dates as follows:  Responses to the motion due on or before March 13, 2017, any replies due by March 21, 2017, and the hearing continued to March 28, 2017.

The parties agree that time should continue to be excluded under Local Code E (pursuant to 18 U.S.C. § 3161(h)(1)(D)) through the conclusion of the hearing on, or other prompt disposition of, this motion.  In addition, the parties agree that time is excludable under Local Code T4 (pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)) to permit the United States time for effective preparation.  New counsel was recently assigned to this matter when prior counsel left the office, and the extension is required to permit time for his effective preparation and to permit time for the Court to consider and rule on her pretrial motions, which involve novel issues regarding the interaction of federal and state law.  Failure to permit the new attorney for the United States the additional time would deny counsel for the defendant United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Thus, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The parties thus agree and stipulate, and request that the Court find the following:

a. Prior counsel for the United States has recently left the United States Attorney's Office, and new counsel has recently appeared for the United States;

b. Prior to his appearance, undersigned counsel had no familiarity with, or knowledge of, this action;

c. On January 19, 2017, defendant Terri Schell filed certain pretrial motions for the Court's determination.

d. The parties have agreed and stipulated to the following briefing schedule concerning the motions filed by defendant Terri Schell on January 19, 2017:

i. The United States' opposition shall be filed no later than March 13, 2017;

ii. Defendants shall file any reply no later than March 21, 2017;

1       e. The Court will hear argument on the motions, if necessary, on March 28, 2017.

2       f. The Court requires adequate time to consider and rule upon the pretrial motions filed by defendant Terri Schell;

4       g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7       h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) because it results from a continuance granted by the Court at United States' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

13    2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

16    3. Nothing in this stipulation and order shall preclude either party from seeking leave of the Court to amend or modify the briefing schedule set forth herein.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED,

Dated:  March 2, 2017                    PHILLIP A. TALBERT
                                           United States Attorney

                                By:   /s/  Gregory T. Broderick
                                    GREGORY T. BRODERICK
                                    Assistant U.S. Attorney

                              By:   /s/  Erin J. Radekin (authorized 03/02/2017)
                                    ERIN J. RADEKIN
                                    Attorney for Defendant Terri Schell

                              By:   /s/  John R. Duree (authorized 03/02/2017)
                                    JOHN R. DUREE, JR.
                                    Attorney for Defendant David Schell

**ORDER**

The parties' stipulation is approved and **SO ORDERED**. Concerning the pretrial motions filed by defendant Terri Schell on January 19, 2017, the United States shall file any opposition no later than March 13, 2017; and defendants shall file any reply no later than March 21, 2017. The Court will hear argument on the motions, if necessary, on March 28, 2017 at 9:15 a.m.

Further, for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) for that same period because it results from a continuance granted by the Court at United States' request on the basis that the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and the Court adopts the findings of fact as requested, and as set forth in, the stipulation.

Dated: March 2, 2017

/s/ John A. Mendez

HON. JOHN A. MENDEZ.
United States District Court Judge

STIPULATION TO CONTINUE DATES REGARDING PENDING MOTION TO ENJOIN PROSECUTION