| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | GREGORY T. BRODERICK<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Tel: (916) 554-2780 |
| 5 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00325-JAM |
|---|---|
| Plaintiff, | **STIPULATION and ORDER CONTINUING DATES REGARDING DEFENDANT'S MOTION TO ENJOIN PROSECUTION** |
| v. | |
| DAVID SCHELL AND TERRY SCHELL, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

STIPULATION

The United States, by and through its counsel, Assistant United States Attorney Gregory T. Broderick, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to continue the dates related to Plaintiff Terry Schell's motion to enjoin prosecution. At the December 6, 2016, status conference, this Court set a briefing schedule requiring defense Motions to be filed by 1/19/2017, responses due by 1/31/2017, replies due by 2/10/2017, and a hearing date set for February 21, 2017. (*See* Dkt. No. 50). Lead counsel for the United States, Josh Sigal, has departed this office and undersigned counsel took over the file. Prior to appearing in this action (Dkt. No. 51), undersigned counsel for the United States had no familiarity with, or knowledge of, this action. The Court previously granted continued the above dates, such that the United States' opposition is due March 31, 2017, any reply by April 10, 2017, and any argument to April 18, 2017. *See* Dkt. No. 61.

1

In view of the complexity and novelty of the legal issues, the developing law in the area, the volume of discovery, the multiple defendants, and to permit each side time for effective preparation, the parties hereby stipulate, and propose, that the Court further continue the dates as follows: Responses to the motion due on or before June 9, 2017, any replies due by June 30, and the hearing continued to July 11, 2017 at 9:15 a.m.

The parties agree that time should continue to be excluded under Local Code E (pursuant to 18 U.S.C. § 3161(h)(1)(D)) through the conclusion of the hearing on, or other prompt disposition of, this motion. In addition, the parties agree that time is excludable under Local Code T4 (pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)) to permit both the United States and defense counsel time for effective preparation. New counsel has been assigned to this matter, and the extension is required to permit time for his effective preparation and to permit time for the Court to consider and rule on her pretrial motions, which involve novel issues regarding the interaction of federal and state law. Failure to permit the new attorney for the United States the additional time would deny counsel for the defendant United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Thus, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The parties thus agree and stipulate, and request that the Court find the following:

    a. Prior counsel for the United States has recently left the United States Attorney's Office, and new counsel has recently appeared for the United States;

    b. Prior to his appearance, undersigned counsel had no familiarity with, or knowledge of, this action;

    c. On January 19, 2017, defendant Terri Schell filed certain pretrial motions for the Court's determination.

    d. The parties have agreed and stipulated to the following briefing schedule concerning the motions filed by defendant Terri Schell on January 19, 2017:

        i. The United States' opposition shall be filed no later than June 9, 2017;

        ii. Defendants shall file any reply no later than June 30, 2017;

    e. The Court will hear argument on the motions, if necessary, on July 11, 2017 at

1 | 9:15 a.m.

2 |     f. The Court requires adequate time to consider and rule upon the pretrial motions filed by defendant Terri Schell;

    g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) because it results from a continuance granted by the Court at United States' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

3. Nothing in this stipulation and order shall preclude either party from seeking leave of the Court to amend or modify the briefing schedule set forth herein.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED,

Dated: May 10, 2017                    PHILLIP A. TALBERT
                                       United States Attorney

                                       By:   */s/ Gregory T. Broderick*
                                             GREGORY T. BRODERICK
                                             Assistant U.S. Attorney

                                       By:   */s/ Erin J. Radekin (authorized 05/10/2017)*
                                             ERIN J. RADEKIN
                                             Attorney for Defendant Terri Schell

                                       By:   */s/ John R. Duree (authorized 05/10/2017)*
                                             JOHN R. DUREE, JR.
                                             Attorney for Defendant David Schell

# **ORDER**

The parties' stipulation is approved and **SO ORDERED**. Concerning the pretrial motions filed by defendant Terri Schell on January 19, 2017, the United States shall file any opposition no later than June 9, 2017; and defendants shall file any reply no later than June 30, 2017. The Court will hear argument on the motions, if necessary, on July 11, 2017 at 9:15 a.m.

Further, for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) for that same period because it results from a continuance granted by the Court at United States' request on the basis that the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and the Court adopts the findings of fact as requested, and as set forth in, the stipulation.

Dated: May 10, 2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ.
United States District Court Judge