1  PHILLIP A. TALBERT
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Tel: (916) 554-2780

5  Attorneys for the United States

6

7                    UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Case No. 2:14-CR-00325-JAM

11              Plaintiff,               **STIPULATION and ORDER
                                         CONTINUING DATES REGARDING
12       v.                              DEFENDANT'S MOTION TO ENJOIN
                                         PROSECUTION**
13  DAVID SCHELL AND TERRY SCHELL,

14              Defendants.

15

16       TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

17  STIPULATION

18       The United States, by and through its counsel, Assistant United States Attorney Gregory T.

19  Broderick, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant,

20  Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to continue the dates

21  related to Plaintiff Terry Schell's motion to enjoin prosecution. At the December 6, 2016, status

22  conference, this Court set a briefing schedule requiring defense Motions to be filed by 1/19/2017,

23  responses due by 1/31/2017, replies due by 2/10/2017, and a hearing date set for February 21, 2017.

24  (*See* Dkt. No. 50). Lead counsel for the United States, Josh Sigal, has departed this office and

25  undersigned counsel took over the file. Prior to appearing in this action (Dkt. No. 51), undersigned

26  counsel for the United States had no familiarity with, or knowledge of, this action. The Court

27  previously granted continued the above dates, such that the United States' opposition is due June 9,

28  any reply by June 30, 2017, and any argument to July 11, 2017. *See* Dkt. No. 61.

                                        1
   STIPULATION TO CONTINUE DATES REGARDING PENDING MOTION TO ENJOIN PROSECUTION

1    In view of the complexity and novelty of the legal issues, the developing law in the area,

2    the volume of discovery, the multiple defendants, and to permit each side time for effective

3    preparation, the parties hereby stipulate, and propose, that the Court further continue the dates as

4    follows:  Responses to the motion due on or before July 7, 2017, any replies due by July 28, and

5    the hearing continued to August 8, 2017.

6        The parties agree that time should continue to be excluded under Local Code E (pursuant to

7    18 U.S.C. § 3161(h)(1)(D)) through the conclusion of the hearing on, or other prompt disposition

8    of, this motion.  In addition, the parties agree that time is excludable under Local Code T4 (pursuant

9    to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)) to permit both the United States and defense counsel time

10   for effective preparation.  New counsel has been assigned to this matter, and the extension is

11   required to permit time for his effective preparation and to permit time for the Court to consider and

12   rule on her pretrial motions, which involve novel issues regarding the interaction of federal and

13   state law.  Failure to permit the new attorney for the United States the additional time would deny

14   counsel for the defendant United States the reasonable time necessary for effective preparation,

15   taking into account the exercise of due diligence.  Thus, the ends of justice served by taking such

16   action outweigh the best interest of the public and the defendant in a speedy trial.

17       The parties thus agree and stipulate, and request that the Court find the following:

18       a.    Prior counsel for the United States has recently left the United States

19   Attorney's Office, and new counsel has recently appeared for the United States;

20       b.    Prior to his appearance, undersigned counsel had no familiarity with, or

21   knowledge of, this action;

22       c.    On January 19, 2017, defendant Terri Schell filed certain pretrial motions

23   for the Court's determination.

24       d.    The parties have agreed and stipulated to the following briefing schedule

25   concerning the motions filed by defendant Terri Schell on January 19, 2017:

26    i.   The United States' opposition shall be filed no later than July 7, 2017;

27    ii.  Defendants shall file any reply no later than July 28, 2017;

28       e.    The Court will hear argument on the motions, if necessary, on August 8, 2017.

2

1         f.   The Court requires adequate time to consider and rule upon the pretrial motions

2    filed by defendant Terri Schell;

3         g.   Based on the above-stated findings, the ends of justice served by continuing the

4    case as requested outweigh the interest of the public and the defendant in a trial within the

5    original date prescribed by the Speedy Trial Act.

6         h.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

7    seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the

8    conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C.

9    § 3161(h)(7)(A) & (B)(iv) (Local Code T4) because it results from a continuance granted by the

10   Court at United States' request on the basis of the Court's finding that the ends of justice served by

11   taking such action outweigh the best interest of the public and the defendant in a speedy trial.

12       2.     Nothing in this stipulation and order shall preclude a finding that other provisions

13   of the Speedy Trial Act dictate that additional time periods are excludable from the period within

14   which a trial must commence.

15       3.     Nothing in this stipulation and order shall preclude either party from seeking

16   leave of the Court to amend or modify the briefing schedule set forth herein.

17   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

18   IT IS SO STIPULATED.

19   RESPECTFULLY SUBMITTED,

20   Dated: June 5, 2017                      PHILLIP A. TALBERT
                                       United States Attorney

21                           By:    */s/  Gregory T. Broderick*

22                              GREGORY T. BRODERICK
                           Assistant U.S. Attorney

23                        By:  */s/  Erin J. Radekin (authorized 06/02/2017)*

24                          ERIN J. RADEKIN
                       Attorney for Defendant Terri Schell

25                        By:  */s/  John R. Duree (authorized 06/02/2017)*

26                          JOHN R. DUREE, JR.
                       Attorney for Defendant David Schell

27

28

STIPULATION TO CONTINUE DATES REGARDING PENDING MOTION TO ENJOIN PROSECUTION

<table>
<tr><td>1</td><td>

**ORDER**

</td></tr>
</table>

1

**ORDER**

2     The parties' stipulation is approved and **SO ORDERED**.  Concerning the pretrial

3  motions filed by defendant Terri Schell on January 19, 2017, the United States shall file any

4  opposition no later than July 7, 2017; and defendants shall file any reply no later than July 28,

5  2017.  The Court will hear argument on the motions, if necessary, on August 8, 2017 at 9:15

6  a.m..

7     Further, for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

8  seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the

9  conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18

10  U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) for that same period because it results from a

11  continuance granted by the Court at United States' request on the basis that the Court finds that

12  the ends of justice served by taking such action outweigh the best interest of the public and the

13  defendant in a speedy trial, and the Court adopts the findings of fact as requested, and as set forth

14  in, the stipulation.

15  Dated:  6/6/2017

16                                        /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ.
17                                        United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE DATES REGARDING PENDING MOTION TO ENJOIN PROSECUTION