McGREGOR W. SCOTT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2780

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHELL AND TERI SCHELL,<br><br>Defendants. | Case No. 2:14-CR-00325-JAM<br><br>**STIPULATION and ORDER CONTINUING HEARING REGARDING DEFENDANT'S MOTION TO ENJOIN PROSECUTION** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

STIPULATION

The United States, by and through its counsel, Assistant United States Attorney Gregory T. Broderick, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to continue the dates related to Plaintiff Teri Schell's motion to enjoin prosecution. The hearing date is presently set for January 23, 2018. (*See* Dkt. No. 50). The basis for this motion is an appropriations restriction which the Ninth Circuit has interpreted as barring some prosecutions of individuals operating in compliance with state medical marijuana laws. At present, appropriations have lapsed.

In view of the complexity and novelty of the legal issues, the volume of discovery, the multiple defendants, and to permit each side and the Court time for effective preparation, the parties hereby stipulate, and propose, that the Court further continue the hearing to February 13, 2018.

1

The parties agree that time should continue to be excluded under Local Code E (pursuant to 18 U.S.C. § 3161(h)(1)(D)) through the conclusion of the hearing on, or other prompt disposition of, this motion. In addition, the parties agree that time is excludable under Local Code T4 (pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)) to permit the United States time for effective preparation. New counsel was recently assigned to this matter when prior counsel left the office, and the extension is required to permit time for his effective preparation and to permit time for the Court to consider and rule on her pretrial motions, which involve novel issues regarding the interaction of federal and state law. Failure to permit the new attorney for the United States the additional time would deny counsel for the defendant United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Thus, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The parties thus agree and stipulate, and request that the Court find the following: the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act; for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) because it results from a continuance granted by the Court at United States' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

2. Nothing in this stipulation and order shall preclude either party from seeking leave of the Court to amend or modify the briefing schedule set forth herein.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED,

Dated: January 22, 2018
McGREGOR W. SCOTT
United States Attorney

By: */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant U.S. Attorney

By: */s/ Erin J. Radekin (authorized 01/22/2018)*
ERIN J. RADEKIN
Attorney for Defendant Teri Schell

By: */s/ John R. Duree (authorized 01/22/2018)*
JOHN R. DUREE, JR.
Attorney for Defendant David Schell

**ORDER**

The parties' stipulation is approved and **SO ORDERED**. Concerning the pretrial motions filed by defendant Teri Schell to enjoin her prosecution, the Court will hear argument on the motions, if necessary, on February 13, 2018.

Further, for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) for that same period because it results from a continuance granted by the Court at United States' request on the basis that the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and the Court adopts the findings of fact as requested, and as set forth in, the stipulation.

Dated: January 22, 2018

/s/ JOHN A. MENDEZ
HON. JOHN A. MENDEZ.
United States District Judge