**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:14-CR-00325 JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO MODIFY CONDITIONS** |
| ) | **OF RELEASE** |
| ) | |
| **DAVID SCHELL,** ) | |
| **TERI SCHELL** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STIPULATION

On November 7, 2014, defendants David and Teri Schell were released with the conditions that they submit to drug and/or alcohol testing as approved by the pretrial services officer. ECF Nos. 2, 6 (condition no. 10), 7 (condition no. 10).

At this time the parties, with the full agreement of pretrial services, are requesting that special condition no. 10, which requires that the defendants submit to testing, be removed, as to both defendants. All other conditions will remain in place and they will continue on pre-trial

Stipulation and Order - 1

supervision. Attached hereto are the Amended Special Conditions of Release for each defendant as proposed by the pretrial services officer and the parties.

The parties and pretrial services feel that this action is appropriate at this time on the ground that both defendants have been fully compliant with all conditions of pre-trial release and have not had any positive drug tests since their release. Their pre-trial services officer Renee Basurto is requesting that the condition related to testing be removed. The Court is advised that attorney for the United States in this action, Assistant United States Attorney Gregory T. Broderick, has been apprised of this request and provided with copies of the attached amended conditions for each defendant, and has indicated that he has no objection to such modification to the conditions of defendants' release. The Court is further advised Mr. Duree joins in this request and stipulation, and that both Mr. Broderick and Mr. Duree have authorized Ms. Radekin to sign this stipulation on their behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 22, 2018  MCGREGOR W. SCOTT
United States Attorney

By: /s/ Gregory T. Broderick
GREGORY T. BRODERICK
Assistant United States Attorney

Dated: February 22, 2018  /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant
DAVID SCHELL

Dated: February 22, 2018  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
TERI SCHELL

**ORDER**

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of defendants' release are hereby modified pursuant to 18 U.S.C. § 3145(a). The new conditions of release are those set forth in the Amended Special Conditions of Release as to each defendant attached to the parties' stipulation.

IT IS SO ORDERED.

Dated: February 22, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

///

///

**AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Schell, David
No.: 2:14-cr-00325-JAM-1
Date:February 20, 2018

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;
3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. You shall cooperate in the collection of a DNA sample;
5. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;
6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;
7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
9. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and
11. The defendants shall not use, sell, transfer, dispose of, liquidate or otherwise access any amount of virtual currency such as bitcoin or litecoin that they have in their possession or to which they have access and can exercise dominion and control.

///

**AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Teri Schell
No.: 2:14-cr-00325-JAM-1
Date: February 20, 2018

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and

11. The defendants shall not use, sell, transfer, dispose of, liquidate or otherwise access any amount of virtual currency such as bitcoin or litecoin that they have in their possession or to which they have access and can exercise dominion and control.