| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GREGORY T. BRODERICK<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Tel: (916) 554-2780 |
| 5 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHELL AND TERI SCHELL,<br><br>Defendants. | Case No. 2:14-CR-00325-JAM<br><br>**STIPULATION and ORDER CONTINUING HEARING REGARDING DEFENDANT'S MOTION TO ENJOIN PROSECUTION** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

STIPULATION

The United States, by and through its counsel, Assistant United States Attorney Gregory T. Broderick, defendant David Schell, by and through his counsel, John R. Duree, Jr., and defendant Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to continue the dates related to Plaintiff Teri Schell's motion to enjoin prosecution. The hearing date is presently set for November 13, 2018. (*See* Dkt. No. 102). The basis for this motion is an appropriations restriction which the Ninth Circuit has interpreted as barring some prosecutions of individuals operating in compliance with state medical marijuana laws.

In view of the complexity and novelty of the legal issues, including the changing legal landscape, the volume of discovery, the multiple defendants, and to permit each side and the Court time for effective preparation, the parties hereby stipulate, and propose, that the Court

further continue the hearing to January 15, 2019.  In addition, the parties note that they have extensively discussed a potential global resolution to this action, have made significant progress, and believe an agreement is close at hand.

The parties agree that time should continue to be excluded under Local Code E (pursuant to 18 U.S.C. § 3161(h)(1)(D)) through the conclusion of the hearing on, or other prompt disposition of, this motion.  In addition, the parties agree that time is excludable under Local Code T4 (pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)) to permit the United States time for effective preparation.  New counsel was assigned to this matter when prior counsel left the office, and the extension is necessary to permit time for effective preparation and to permit time for the Court to consider and rule on her pretrial motions, which involve novel issues regarding the interaction of federal and state law, which is rapidly evolving.  Failure to permit the attorney for the United States the additional time would deny counsel for the defendant United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Thus, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Although Defendant David Schell is not a party to the motion, any time excluded as to Teri Schell should also be excluded as to Defendant David Schell under Local Code R and 18 U.S.C. § 3161(h) [unsevered co-defendant].  Therefore, the parties stipulate, and propose that the Court find, that time is excluded as to co-defendant David Schell as well.

The parties thus agree and stipulate, and request that the Court find the following: the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act; for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) because it results from a continuance granted by the Court at United States' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  In addition, time is excluded under Local

Code R and 18 U.S.C. § 3161(h) [unsevered co-defendant].

1. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

2. Nothing in this stipulation and order shall preclude either party from seeking leave of the Court to amend or modify the briefing schedule set forth herein.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED,

Dated:  November 8, 2018

McGREGOR W. SCOTT
United States Attorney

By:    /s/  Gregory T. Broderick
GREGORY T. BRODERICK
Assistant U.S. Attorney

By:  /s/  Erin J. Radekin (authorized 11/06/2018)
ERIN J. RADEKIN
Attorney for Defendant Teri Schell

By:  /s/  John R. Duree (authorized 11/06/2018)
JOHN R. DUREE, JR.
Attorney for Defendant David Schell

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The parties' stipulation is approved and **SO ORDERED**. Concerning the pretrial |
| 3 | motions filed by defendant Teri Schell to enjoin her prosecution, the Court will hear argument on |
| 4 | the motions, if necessary, on January 15, 2019 at 9:15 a.m. |
| 5 | Further, for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et |
| 6 | seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the |
| 7 | conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 |
| 8 | U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) for that same period because it results from a |
| 9 | continuance granted by the Court at United States' request on the basis that the Court finds that |
| 10 | the ends of justice served by taking such action outweigh the best interest of the public and the |
| 11 | defendant in a speedy trial, and the Court adopts the findings of fact as requested, and as set forth |
| 12 | in, the stipulation. Time is also excludable as to co-defendant David Schell under 18 U.S.C. § |
| 13 | 3161(h) (Local Code R) [unsevered co-defendant]. |

Dated: November 9, 2018

                                          /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ.
                                      United States District Court Judge