McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2780

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHELL,<br><br>Defendants. | Case No. 2:14-CR-00325-JAM<br><br>**STIPULATION and ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA HEARING** |

Undersigned counsel for the United States and counsel defendant David Schell agree and stipulate to continue the status conference/change of plea hearing previously scheduled for February 12, 2019 to February 20, 2019 at 9:00 a.m. Counsel for the defense needs additional time to review the proposed plea agreement with the defendant.

The parties agree that time from February 12, 2019 to and including February 20, 2019 should to be excluded from calculation under the Speedy Trial Act under Local Code T4 (pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)) to permit defense counsel sufficient time to review the proposed plea agreement with his client and to prepare for the anticipated change of plea.

The parties request that the Court find that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy trial. Nothing

//

//

1

in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: February 8, 2019                    McGREGOR W. SCOTT
                                           United States Attorney

                                    By:    */s/ Richard J. Bender*
                                           RICHARD J. BENDER
                                           Assistant U.S. Attorney


                                    By:    */s/ John R. Duree (authorized 02/7/2019)*
                                           JOHN R. DUREE, JR.
                                           Attorney for Defendant David Schell

IT IS SO ORDERED,

this 8th date of February, 2019

                                           /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ.
                                           United States District Court Judge