McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
TEL: (916) 554-2791
FAX: (916) 554-2900

0

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHELL,<br><br>Defendant. | CASE NO. 2:14-CR-00325-JAM<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On or about February 20, 2019, defendant David Schell entered a guilty plea to Count Two of the Indictment, which charges him with manufacture of at least 50 plants of marijuana in violation of 21 U.S.C. § 841(a)(1).

As part of his plea agreement with the United States, defendant David Schell agreed to forfeit voluntarily and immediately $25,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 21 U.S.C. § 841(a)(1), to which he has pled guilty. See Defendant Schell's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant David Schell in the amount of $25,000.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant

David Schell's conviction for violating 21 U.S.C. § 841(a)(1). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Defendant agrees to pay the money judgment in $2,500.00 quarterly installments with the first installment due on or before the date of sentencing. The quarterly payments shall continue until the money judgment is retired and nothing shall preclude defendant from pre-paying the judgment. Payment should be made in the form of a cashier's check made payable to the U.S. Customs and Border Protection and sent to the United States Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Ste. 10-100, Sacramento, CA 95814 with the reference number UF13ZR12OH0001 in the notes section of the check. Prior to the imposition of the sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Custom and Border Protection in its secure custody and control.

DATED: 4/26/2019

McGREGOR W. SCOTT
United States Attorney

 /s/ Justin L. Lee
/s/ Kevin C. Khasigian
JUSTIN L. LEE
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant David Schell in the amount of $25,000.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Custom and Border Protection, in its secure custody and control.

IT IS SO ORDERED.

DATED: 4/29/2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge