**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
1001 G Street, Suite 103
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
**DAVID SCHELL**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:14-CR-00325-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR ORDER AND** |
| v. | ) | **ORDER TO** |
| | ) | **EXONERATE BOND AND** |
| | ) | **RETURN PASSPORT** |
| **DAVID SCHELL**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 7, 2014, the court ordered Mr. Schell released on a $50,000 unsecured bond subject to conditions, which included that he surrender his passport. ECF nos. 2, 6 (condition no. 6). On November 14, 2014, Mr. Schell surrendered his United States passport to the court. ECF no. 11.

On May 28, 2019, Mr. Schell was sentenced to 36 months of supervised release. ECF no. 127. It is not a condition of his supervised release that the court maintain custody of his passport. See ECF No. 128 at p. 4.

Request for Order and [Proposed] Order
to Exonerate Bond and Return Passport
-1-

Accordingly, as Mr. Schell is no longer on pre-trial release and is currently serving his sentence, he respectfully requests the court exonerate the bond posted to secure his release and return his passport.

Dated: July 2, 2019 Respectfully Submitted,

　/s/ John R. Duree, Jr.　　　
JOHN R. DUREE, JR.
Attorney for Defendant
DAVID SCHELL

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the bond posted to secure the release of the defendant, David Schell, be exonerated and that his United States passport surrendered to the court be returned to him.

Dated: 7/8/2019 /s/ John A. Mendez　　　
HON. JOHN A. MENDEZ
United States District Court Judge